CHARLES J. DeHART III
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

November 3, 2011

Clerk, U.S. Bankruptcy Court

RE: Rose A. Raineri
    Bankruptcy Case No. 1-10-02939
    Unclaimed Funds For: Colony Park Homowners
                             1776 Devers Rd
                             York PA 17404

Dear Clerk:

   Enclosed herewith please find check No. 1036155 for $1,666.65 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

   Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                                       Very truly yours,

                                       /s/ Carol A. Kreider

                                       Carol A. Kreider
                                       Funds Manager